No. 260, Misc. CLARK v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Herbert K. Hyde* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Robert S. Erdahl* for the United States.

No. 279, Misc. TACOMA v. HIATT, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 298, Misc. SLAVIK v. MILLER, COMMISSIONER OF IMMIGRATION AND NATURALIZATION. C. A. 3d Cir. Certiorari denied. *Paul J. Winschel* for petitioner.

No. 327, Misc. TAYLOR v. McGRATH, ATTORNEY GENERAL, ET AL. United States District Court for the Western District of Missouri. Certiorari denied.

No. 336, Misc. CALDWELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 342, Misc. MARINO v. WEST VIRGINIA. Intermediate Court of Kanawha County, West Virginia. Certiorari denied. *Horace S. Meldahl* for petitioner.

No. 371, Misc. O'HARA v. BURFORD, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 378, Misc. POTTER TITLE & TRUST CO., ADMINISTRATOR, v. OHIO BARGE LINE, INC. C. A. 3d Cir. Certiorari denied. *William S. Doty* for petitioner.

No. 383, Misc. LAWRENCE v. EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied.